IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE,<br><br>            Plaintiff,<br><br>    v.<br><br>GRAND AVENUE TRANSPORT, et al.,<br><br>            Defendants. | No. CV 09-00197 CRB<br><br>**ORDER ON EX PARTE APPLICATION RE BRIEFING AND ON SCHEDULING OF HEARING ON MOTION FOR SUMMARY JUDGMENT** |

The Court, having carefully considered the papers submitted by Defendants and Counterclaimants Jose Rodriguez and Catalina Rodriguez ("the Rodriguezes"), and the stipulation made between the Rodriguezes and Plaintiff and Counterdefendant Zurich American Insurance Company ("Zurich"), hereby ORDERS that the Rodriguezes' Opposition to Zurich's Motion for Summary Judgment will be accepted as filed on Monday, September 14, 2009, and that Zurich's reply to the Rodriguezes' opposition will be accepted on September 21, 2009. In addition, the hearing on the parties' cross-motions for summary judgment will be moved to Friday, November 13, 2009, at 10:00 a.m. in Courtroom 8 of the

//
//
//
//

1 above-entitled Court.

**IT IS SO ORDERED.**



Dated: September 21, 2009
                         CHARLES R. BREYER
                         UNITED STATES DISTRICT JUDGE