SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
BERRIDGE R. MARSH Bar No. 77304
JAMISON R. NARBAITZ Bar No. 219339
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Emails: *bruce.celebrezze@sdma.com*
  *berridge.marsh@sdma.com*
  *jamison.narbaitz@sdma.com*
Attorneys for Plaintiff and Counterdefendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRAND AVENUE TRANSPORT, INC., et al.,<br><br>Defendants. | CASE NO. C 09-00197 CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE: ADDITIONAL BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [N.D. L.R. 7-12]<br><br>[HON. CHARLES R. BREYER] |

The Court, having reviewed the Stipulation Re: Additional Briefing on Cross-Motions for Summary Judgment between plaintiff and counterdefendant Zurich American Insurance Company ("Zurich") and defendants and counterclaimants Jose Rodriguez and Catalina Rodriguez (collectively "the Rodriguezes"), and for good cause shown,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 23, 2009

HON. CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- i -