IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE,<br><br>    Plaintiff,<br><br>  v.<br><br>GRAND AVENUE TRANSPORT, et al.,<br><br>    Defendants. | No. CV 09-00197 CRB<br><br>**ORDER GRANTING IN PART ZURICH'S MOTION FOR ADMINISTRATIVE RELIEF** |

The Court is in receipt of a motion from Zurich American Insurance Company requesting a two-week extension of time to file a response to the Additional Brief Regarding Cross-Motions for Summary Judgment submitted by Jose and Catalina Rodriguez. In light of the complex issues raised for the first time in the Rodriguezes' brief, the Court hereby GRANTS in part Zurich's Motion for Administrative Relief. Zurich is to file its response on or before December 18, 2009. The Rodriguezes shall then file any reply to Zurich's filing on or before December 30, 2009.

**IT IS SO ORDERED.**

Dated: December 2, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\197\order re administrative relief.wpd