IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE, | No. C 09-0197 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GRAND AVENUE TRANSPORT, | |
| Defendant. | |

The Court, having granted Plaintiff's Motion for Summary Judgment, enters judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: March 5, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\197\Judgment.wpd